

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00034-CV

Ricardo **GARZA** and Martha Garza, individually and as next friends of R.G. Jr. and J.G., minors,
Appellants

v.

**DAIMLER TRUCKS NORTH AMERICA, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07361
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED March 4, 2020.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice